IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ARIE PHILLIPS                                                                                                   PLAINTIFF

v.                                        Cause  No. 4:14-cv-04058

THOMAS C. YOUNG and
CHRISTUS ST. MICHAEL HEALTHCARE SYSTEM                                      DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and Motion for Service.  ECF No. 1.  The Court has reviewed the IFP application and finds it should be **GRANTED.**

The Court also **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on April 10, 2014 (ECF No. 1) and a copy of this order on Defendants by serving them at:

Christus St. Michael's Health System
2600 St. Michael's Drive
Texarkana, Texas 75501

without prepayment of fees and costs or security thereof.  Defendants are ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 28th day of April 2014.**

                                      /s/ Barry A. Bryant
                                      HON. BARRY A. BRYANT
                                      U.S. MAGISTRATE JUDGE